McLAUGHLIN, Respondent, v. WINTJEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Joseph A. McLaughlin against Henry G. Wintjen. No opinion. Judgment of the Municipal Court affirmed, with costs.

McMAIL, Respondent, v. POLIZIO, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Sylvester McMail, an infant, by James McMail, his guardian ad litem, against Dominio Polizio. No opinion. Judgment and order unanimously affirmed, with costs.

McNAIR, Respondent, v. SALIT et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Mary H. McNair against Michael J. Salit and another. No opinion. Order affirmed, with $10 costs and disbursements.

McNAIR, Respondent, v. SALIT et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Mary H. McNair against Michael J. Salit and another. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

McNULTY, Respondent, v. LUDWIG & CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Bernard McNulty against Ludwig & Co. No opinion. Judgment and order affirmed by default, with costs.

McNULTY, Respondent, v. McNULTY, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Mary E. McNulty against Patrick J. McNulty. W. J. Walsh, for appellant. J. A. McElhinny, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAHONEY, Respondent, v. CAYUGA LAKE CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by John Mahoney against the Cayuga Lake Cement Company. No opinion. Order that case be certified to Fourth department on account of disagreement of justices.

MALANE, Respondent, v. HAWKES, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Ella P. Malane against Mary C. Hawkes. No opinion. Motion to open default denied, and appeal dismissed, with costs.

MALTBY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Eva L. Maltby against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

MANDEL, Respondent, v. MANSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Elias Mandel against Morris Manson and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

MANNING, Appellant, v. ROTHSTEIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Julius Manning against A. Jacob Rothstein. No opinion. Motion for reargument denied, without costs.

In re MANSKE. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) In the matter of the judicial settlement of the account of Josephine G. Manske, formerly Josephine Gunther, as administratrix, etc., of Otto Gunther, deceased.

PER CURIAM. Decree of the Surrogate's Court of Kings county modified, by reducing the compensation of Mr. Graves, the counsel, to $5,000, and by relieving the contestant of the costs of the reference and charging it to the estate, and, as thus modified, affirmed, without costs.

MARIS, Appellant, v. SWANN, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Ellena Maris against Mark E. Swann. C. F. Bostwick, for appellant. J. W. Brainsby, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MARKHAM, Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Homer C. Markham against John W. Walsh.

PER CURIAM. Judgment of County Court and Justice Court reversed, with costs in this court and the courts below. Held, that the defense of untenantableness of the premises was entirely unproved, and the jury having been permitted to consider the evidence as to the condition of the premises in question, which evidence was admitted over the plaintiff's objection and exception, we are unable to determine that the verdict rendered in favor of the defendant was not influenced or controlled thereby.

In re MARLOR'S WILL. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) In the matter of the probate of the last will and testament of Jane Ann Marlor, deceased. No opinion. Order modified (106 N. Y. Supp. 131), so as to provide for the submission of the questions to a jury. Settle order before HIRSCHBERG, P. J.

MARTINE, Appellant, v. HUDSON VALLEY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Mary E. Martine, as administratrix, etc., of Godfrey R. Martine, deceased, against the Hudson Valley Railway